UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

EASTERN DISTRICT OF KENTUCKY
**FILED**
APR 04 2019
AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

In re:  ,  Chapter 11

New Century TRS Holdings, Inc.        Case No. 07-10416-KJC

    Debtors

_____  _____

Alan M. Jacobs, as Liquidating Trustee of
The New Century Liquidating Trust
    Plaintiff,

v.                                    Adv. Proc. No. 09-50860-KJC

Safeco Insurance Company of America d/b/a
Select Insurance Services,

    Defendant(s)

_____  _____

### CERTIFICATION OF JUDGMENT FOR
### REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on September 28, 2009 as it appears in the records of this court, and that:

X  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
    (date)

An appeal was taken from this judgment, and the judgment was affirmed by mandate of the
_____ issued on _____.
  (name of court)                                  (date)

An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
  (date)

_____
Clerk of the Bankruptcy Court

3/5/19                                  By: _____
Date                                         Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| In Re:<br>New Century TRS Holdings, Inc.<br>    Debtor | Case No.: 07-10416-KJC<br><br>Chapter: 11 |
| Alan M. Jacobs, as Liquidating Trustee of The New Century Liquidating Trust<br><br>    Plaintiff<br><br>vs.<br><br>Safeco Insurance Company of America d/b/a Safeco Select Insurance Services<br><br>    Defendant(s) | Adv. Proc. No.: 09-50860-KJC |

**JUDGMENT BY DEFAULT**

    On 9/28/09, default was entered against defendant(s) Safeco Insurance Company of America d/b/a Safeco Select Insurance Services. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Safeco Insurance Company of America d/b/a Safeco Select Insurance Services in the amount of $130,935.00 plus court filing costs in the amount of $250.00.

Date: 9/28/09

                                                                              Clerk of Court

(VAN-433b)

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaD | Date Created: 9/28/2009 |
| Case: 09−50860−KJC | Form ID: van433b | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    United States Trustee    844 King Street, Room 2207    Lockbox #35    Wilmington, DE 19899−0035

TOTAL: 1